## TOLEDO TRUST CO v FULTON

Ohio Appeals, 6th Dist, Lucas Co

Decided May 6, 1935

Logan & Daugherty, Toledo, for plaintiff. John W. Bricker, Attorney General, Columbus, Brown & Sanger, Toledo, and S. M. Douglas, Toledo, for defendant.

For full opinion see 4 OO 72; 50 Oh Ap 340.